```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   25cv2216(DLC)
JOSEPH ESHEYIGBA,                         :
                                          :        ORDER
                             Plaintiff,   :
              -v-                         :
                                          :
CHILDREN'S RESCUE FUND,                   :
                                          :
                             Defendant.   :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A mediation conference having been set for November 20, 2025, it is hereby

ORDERED that the pretrial conference is adjourned to **December 3, 2025** at **11:00 AM**.

Dated:   New York, New York
         October 16, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge