

# THE LAW OFFICES OF ALBERT VAN-LARE
125 MAIDEN LANE, SUITE 510, NEW YORK, NEW YORK 10038
Tel. 212 608-1400    Fax 877-505-6103    Email vanlareesq@aol.com

Honorable Judge Denise L. Cote
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

October 27, 2025

RE:  1:25-cv-02216-DLC - *Esheyigba v. Children's Rescue Fund*

Dear Judge Denise L. Cote,

I represent Joseph Esheyigba, the plaintiff in the above-mentioned case. The mediation in this case is set for November 20, 2025. Plaintiff respectfully requests that the court reschedule the initial conference in this case from December 3, 2025, to a date after December 16, 2025. I will be abroad from November 25, 2025, to December 15, 2025, due to previously scheduled business engagements.. I will return to the United States on December 15, 2025. Therefore, I respectfully request that the initial conference be rescheduled for a date after December 16, 2025.

Thank you for your attention and consideration of this request.

Respectfully submitted,

Albert Van-Lare
Albert Van-Lare

*The conference is adjourned to December 19 at 10:00.*

*[signed] 10/28/25*

Cc:
**Stacey Pitcher**
Kaufman Dolowich LLP
40 Exchange Place, 20th Floor
New York, NY 10005
212-485-9600
Email: stacey.pitcher@kaufmandolowich.com