UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                             :          25cv2216(DLC)

JOSEPH ESHEYIGBA,            :

                             :          <u>ORDER</u>

                    Plaintiff,   :

          -v-             :

                             :

CHILDREN'S RESCUE FUND,     :

                             :

                 Defendant.   :

                             :

------------------------------------- X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 5, 2026.**  If no such application is made by that date, today's dismissal of the action is with prejudice.  See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
           November 24, 2025

                            _____
                                DENISE COTE
               United States District Judge